**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gail Jean SMALL, Defendant–Appellant.**

**No. 01–6573.**

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided July 5, 2001.

Gail Jean Small, pro se. Harry Thomas Church, Assistant United States Attorney, Charlotte, NC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

\* Small's claim that her sentence is not proper in light of the rule announced in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is without merit. We

PER CURIAM.

Gail Jean Smith seeks to appeal the district court's order and judgment denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.\* *See United States v. Small*, Nos. CR–96–154; CA–00–460–3–1–MU (W.D.N.C. filed Jan. 4, 2001; entered Jan. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

recently held in *United States v. Sanders*, 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi* is not retroactively applicable to cases on collateral review.